Jane Waters French, defendant in error, v. Louis C. French, plaintiff in error. Gen. No. 26,297.
Bill for separate maintenance. Decree for complainant. Error to the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921. Rehearing denied February 28, 1921.
Charles E. Erbstein, for plaintiff in error. Rose & Symmes, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.

---

William R. Mumford and Clarence R. Mumford, trading as W. R. Mumford & Company, defendants in error, v. Edward P. Mueller, plaintiff in error. Gen. No. 26,307.
Motion to vacate default judgment. Motion denied. Error to the Municipal Court of Chicago; the Hon. Harry G. Moran, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921.
Edward Voelcker, for plaintiff in error. Juul & Juul, for defendants in error; Roy Juul, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

---

Alfred Frerk and Otto Frerk, trading as Henry Frerk Sons, appellants, v. W. A. Bayor, defendant. Second Security Bank, garnishee. Grace E. Bayor, intervening claimant, appellee. Gen. No. 26,331.
Garnishment proceedings. Judgment for intervening claimant. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921. Rehearing denied February 28, 1921.
Ewart Harris, for appellants. Abram E. Mabie, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

Philip D. Kaplan, appellee, v. Isaac Stein, trading as Stein Textile Company, appellant. Gen. No. 26,375.
Bill for an accounting of joint business proceeds. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921.
Clithero & Swett, for appellant. Robert P. Burkhalter and Edwin White Moore, for appellee.
Mr. Justice McSurely delivered the opinion of the court.